# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3174
_____

Richard Bower

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: January 7, 2015
Filed: January 8, 2015
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arkansas prisoner Richard Bower appeals the district court's[1] dismissal of his pleading seeking to vacate two prior federal convictions. Because he sought to vacate

_____

[1] The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

convictions for which he is no longer serving the sentences, we conclude his pleading was a petition for a writ of error coram nobis. *See Kandiel v United States*, 964 F.2d 794, 796 (8th Cir. 1992) (per curiam) (motion seeking to vacate conviction where sentence was already expired should be treated as coram nobis petition). Because Bower must seek such relief in the district courts where he was sentenced on the convictions he seeks to vacate, dismissal was appropriate. *See Mustain v. Pearson*, 592 F.2d 1018, 1021 (8th Cir. 1979) (per curiam) (petition for writ of error coram nobis may be filed only in court where alleged errors occurred).

Accordingly we affirm.

_____